A. Cisneros
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:    (951) 682-9705
Telecopier:   (951) 682-9707

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:02-25648 DS |
| | ) Chapter 7 |
| MAGED LOTFY ABU-ASSAL, | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDENDS** |
| | ) **PURUSANT TO BANKRUPTCY RULE** |
| | ) **3011** |
| Debtor. | ) |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto a copy of **Check No. 1182** in the sum of **$328.69**[1] representing the total amount of unclaimed dividend(s) in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May 6, 2011

_____
        A. CISNEROS
        Chapter 7 Trustee

---

[1] Original Check forwarded to the Fiscal Section of the United States Bankruptcy Court, Los Angeles, California.

## LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

AMOUNT/BALANCE TO DISTRIBUTE: $1,025.13

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 0017 | JAN ALEXANDER CPA<br>P O BOX 2751<br>RIVERSIDE, CA 92516 | $9,553.42 | $0.18 | $328.69 |
| | TOTALS: | $9,553.42 | $0.18 | $328.69 |

CASE NUMBER:    6:02-25648 DS
CASE NAME:      WESTERN STEEL SALES, INC.

* Total also includes employee taxes withheld.

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Unclaimed Dividends

CHECK NUMBER
**1182**

| DATE | AMOUNT |
|---|---|
| 05/06/11 | *********328.69 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 6:02-25648  DS | ABU-ASSAL, MAGED LOTFY |

U.S. Bankruptcy Court
c/o Fiscal Department
255 E. Temple Street
Los Angeles, CA 90012

*Three Hundred Twenty Eight Dollars And 69/100*

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆001182⑆ ⑈111000012⑈ 3752461923⑆

---

| Date: 05/06/11 | Check Number: 1182 | Amount: 328.69 |
|---|---|---|

Debtor Name: ABU-ASSAL, MAGED LOTFY
Case Number: 6:02-25648    DS

| Paid To: | U.S. Bankruptcy Court<br>c/o Fiscal Department<br>255 E. Temple Street<br>Los Angeles, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description: Unclaimed Dividends

Bank Account Number: 3752461923

---

| Date: 05/06/11 | Check Number: 1182 | Amount: 328.69 |
|---|---|---|

Debtor Name: ABU-ASSAL, MAGED LOTFY
Case Number: 6:02-25648    DS

| Paid To: | U.S. Bankruptcy Court<br>c/o Fiscal Department<br>255 E. Temple Street<br>Los Angeles, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description: Unclaimed Dividends

Bank Account Number: 3752461923

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

A true and correct copy of the foregoing document described as **_NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_May 6, 2011,_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**William M. Burd**     wmburd@burd-naylor.com
**Thomas H Casey**     msalustro@tomcaseylaw.com
**Arturo Cisneros (TR)**     amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
**Jonathan R Ellowitz**     jreesq@sbcglobal.net
**Kathleen M Goldberg**     msilva@tomcaseylaw.com
**D Edward Hays**     ehays@marshackhays.com
**Jeffery D Hermann**     jhermann@orrick.com
**Sean A Kading**     seankading@sbcglobal.net
**Damon G Saltzburg**     ds@srblaw.com, cs@srblaw.com
**Alan G Tippie**     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
**United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_May 6, 2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Claimant (via U.S. Mail):** Jan Alexander, CPA, PO Box 2751, Riverside, CA  92516
**U.S. Bankruptcy Court, Fiscal Section (via U.S. Mail):** U.S. Bankruptcy Court, Fiscal Department, 255 East Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2011 | Denise Weiss | /s/ Denise Weiss |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                  **F 9013-3.1.PROOF.SERVICE**